**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

---

ANTHONY FRACCHIA,
Plaintiff,

vs.

HYUNDAI CAPITAL AMERICA d/b/a HYUNDAI MOTOR FINANCE COMPANY AND GENESIS FINANCE, a California corporation; TRANS UNION LLC, a Delaware company; EQUIFAX INFORMATION SERVICES LLC, a Georgia company; and SUBURBAN OF OAKLAND COUNTY – HYUNDAI, LLC d/b/a SUBURBAN HYUNDAI, a Michigan company, Jointly and Severally;
Defendants.

CASE NO. 2:21-cv-12020-TGB-EAS

Judge Terrence G. Berg
Magistrate Judge Elizabeth A. Stafford

---

## MOTION FOR SUBSTITUTION OF COUNSEL

---

Defendant Trans Union, LLC, pursuant to Local Rule 83.25(b), and hereby requests the Court substitute the appearance of Robert D. Esrock in place of the appearance of Andrew M. Lehmann, Esq as Mr. Lehmann is no longer employed with Schuckit & Associates, P.C.

Respectfully submitted,

*/s/ Robert D. Esrock*
Roberts D. Esrock, Esq. (IN #36608-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: resrock@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin Hauser Wartell Roth & Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail: ban@maddinhauser.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN (DETROIT)**

---

ANTHONY FRACCHIA,
Plaintiff,

vs.

HYUNDAI CAPITAL AMERICA d/b/a HYUNDAI MOTOR FINANCE COMPANY AND GENESIS FINANCE, a California corporation; TRANS UNION LLC, a Delaware company; EQUIFAX INFORMATION SERVICES LLC, a Georgia company; and SUBURBAN OF OAKLAND COUNTY – HYUNDAI, LLC d/b/a SUBURBAN HYUNDAI, a Michigan company, Jointly and Severally;
Defendants.

CASE NO. 2:21-cv-12020-TGB-EAS

Judge Terrence G. Berg
Magistrate Judge Elizabeth A. Stafford

---

## CERTIFICATE OF SERVICE

---

I, Robert D. Esrock, hereby certify that on the **29th day of November, 2021**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| Jared A. Christensen, Esq.<br>jchristensen@dickinsonwright.com | Amy Sabbota Gottlieb, Esq.<br>agottlieb@dickinsonwright.com |

I further certify that on the **29th day of November, 2021**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| | |
|---|---|
| **for Plaintiff Anthony Fracchia**<br>Steven S. Toth, Esq.<br>Ronald J. Bolz, Esq.<br>Christopher A. Winkler, Esq.<br>Travis L. Shackelford, Esq.<br>Consumer Legal Services, P.C.<br>30928 Ford Road<br>Garden City, MI 48135 | |

*/s/ Robert D. Esrock*
Roberts D. Esrock, Esq. (IN #36608-53)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: resrock@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*